ISIDORE DOLNICK, Respondent, *v.* EDWARD DONNER LUMBER COR-
PORATION et al., Defendants, and MARAN CONSTRUCTION Co.,
INC., Appellant.

MARAN CONSTRUCTION Co., INC., Defendant and Third-Party
Plaintiff-Appellant, *v.* LOUIS COHEN et al., Doing Business as
L & S COHEN, Third-Party Defendants-Respondents, et al.,
Third-Party Defendants.

Argued January 11, 1950; decided February 23, 1950.

*Harold M. Harkavy* and *Frederick M. Garfield* for appellant.

*Clarence E. Mellen* and *Robert X. Kuzmier* for respondent.

*Patrick E. Gibbons* and *Oscar A. Thompson* for Louis Cohen and another, third-party defendants-respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.